


UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

'07 MJ 8996

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. Alicia Marie CODERA (1), Cindy PALOMINO (2), Defendants. | Magistrate Case No.: COMPLAINT FOR VIOLATION OF 21 U.S.C. § 952 and 960 Importation of a Controlled Substance (Felony) |

The undersigned complainant being duly sworn states:

On or about December 17, 2007, within the Southern District of California, defendants Alicia Marie CODERA and Cindy PALOMINO did knowingly and intentionally import approximately 12.38 kilograms (27.23 pounds) of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Douglas A. Struckmeyer
Special Agent
U.S. Immigration & Customs Enforcement

SWORN TO, BEFORE ME, AND SUBSCRIBED IN MY PRESENCE THIS 18th DAY OF DECEMBER, 2007.

Peter C. Lewis
U.S. MAGISTRATE JUDGE

UNITED STATES OF AMERICA
v.
Alicia Marie CODERA
Cindy PALOMINO

STATEMENT OF FACTS

This complaint is based upon the personal observations, investigation and information provided to U.S. Immigration and Customs Enforcement Special Agent Douglas Struckmeyer.

On December 17, 2007, Alicia Marie CODERA and Cindy PALOMINO entered the United States at the Calexico, California East Port of Entry. CODERA was the driver and PALOMINO was the passenger of a 1995 Mitsubishi Montero. Customs and Border Protection Officer (CBPO) A. Barnes took a negative Customs declaration from CODERA and PALOMINO. CBPO Barnes observed that both subjects' hands were trembling during the primary inspection. CBPO Barnes referred CODERA and PALOMINO to secondary for further inspection.

CBPO R. Ramos encountered the vehicle in the secondary inspection area and also received a negative declaration from CODERA and PALOMINO. CBPO Ramos conducted a secondary search of the vehicle and observed that the spare tire felt unusually hard. CBPO requested that Canine Enforcement Officer (CEO) M. McGee screen the vehicle with his Narcotic Detector Dog (NDD). The NDD alerted to the presence of an odor of a controlled substance coming from the spare tire.

A further search of the spare tire resulted in the discovery of 5 packages. The packages contained a green leafy substance which field-tested positive for marijuana. The total weight of the packages was 12.38 Kilograms.

Special Agent's (S/A) Douglas Struckmeyer Hugo Leon interviewed CODERA and PALOMINO. S/A Struckmeyer furnished each individual with their constitutional rights per Miranda in English with S/A Leon present. Each individual orally waived their rights, as well as signing the written waiver of rights, agreeing to make a statement.

CODERA stated she knew the vehicle contained marijuana. CORDERA stated that PALOMINO had made the arrangements to smuggle the marijuana into the United States. CORDERA stated that PALOMINO told her the vehicle contained between 10 and 20 kilograms of marijuana concealed within the spare tire. CORDERA stated that they were going to be paid $1,000.00 for smuggling the marijuana into the United States and that they were going to split the money evenly between them.

PALOMINO gave two separate accounts, both of which were inconsistent with statements given by CORDERA. PALOMINO stated they were going to be paid $1,000.00 for driving the vehicle across the border into the United States, but PALOMINO claimed that she had no knowledge of the contents in the vehicle. PALOMINO stated she was originally suspicious, but she inspected the vehicle and determined that it appeared not to contain any contraband.

CORDERA and PALOMINO were arrested by ICE Agents for violations of 21 U.S.C. 952 and 960, Importation of Marijuana. They were both booked into the Imperial County Jail, in El Centro, California, pending an appearance in U.S. Magistrate Court.