UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,            )<br>                                                                )<br>            Plaintiff,             )<br>                                                                )<br>v.                                                            )<br>                                                                )<br>CINDY PALOMINO,                           )<br>                                                                )<br>            Defendant.             )<br>_____) | Case No. 07mj8996-02 |

Counsel for Defendant certifies that the foregoing pleading, is true and accurate to the best of his information and belief, and that a copy of the foregoing Defendant's Notice of Appearance has been electronically served this day upon:

    United States Attorney's Office
    880 Front Street
    San Diego, CA  92101


Dated:  December 21, 2007
          /s/ John C. Ellis, Jr.
          JOHN C. ELLIS, JR.
          Federal Defenders
          225 Broadway, Suite 900
          San Diego, CA 92101-5030
          (619) 234-8467  (tel)
          (619) 687-2666  (fax)
          john_ellis@fd.org